UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY A. CROZIER, | |
| Plaintiff, | 3: 10-cv-00082-LRH-VPC |
| vs. | **ORDER** |
| CORTEZ MASTO, *et al*, | |
| Defendants. | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2010, plaintiff filed a motion to hold defendants in contempt of court (#14.) The basis of plaintiff's motion is his claim that defendants have failed to comply with the court's order requiring them to file their mediation form with the court. Plaintiff is mistaken. Defendants filed their form with the court on November 12, 2010 (#10.) Accordingly, plaintiff's motion (#14) is **HEREBY DENIED**.

DATED: November 24, 2010.

UNITED STATES MAGISTRATE JUDGE