UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY A. CROZIER, | 3:10-CV-0082-LRH(VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 14, 2011 |
| CORTEZ MASTO, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's *ex parte* motion for court clerk's compliance with LSR 1-4 (#19) is **GRANTED.** The clerk shall **SEND** one file-stamped copy of the first amended complaint (#13) to plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk