UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY A. CROZIER, | ) | 3:10-CV-0082-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 10, 2011 |
| | ) | |
| CORTEZ MASTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for reconsideration of court's denial of plaintiff's motion for appointment of counsel (#27). Defendants opposed the motion for reconsideration (#31). No reply was filed. The court has also reviewed plaintiff's original motion for appointment of counsel (#16), defendants' opposition (#18), plaintiff's supplements to his motion (#s 20, 22, & 23), and defendants' reply (#24).

The court does not find the required exceptional circumstances for the appointment of counsel. *Terrell v. Brewer*, 935 F.2d 1015 (9th Cir. 1991). The plaintiff has demonstrated that he is able litigate this case on his own while also litigating many other cases simultaneously. In fact, plaintiff has even attempted to litigate on behalf of all other inmates in the State of Nevada in at least two other cases, nos. 3:10-CV-0371-HDM (RAM), and no. 3:10-CV-0328-RCJ (RAM). Plaintiff is currently the subject to a motion by defendants to have him declared a vexatious litigant (#32). In fact, plaintiff has proceeded in a way which is detrimental to his case by refusing to appear for a court ordered status hearing (#28).

Plaintiff has litigated his access to the law library and the Court found that the fact that plaintiff "finds the process for accessing legal materials somewhat cumbersome, does not amount an injury. . . ." (#19, case no. 3:09-CV-0326-RCJ (RAM).[1] Plaintiff continues to reallege this claim in subsequent lawsuits, i.e. case no. 3:09-CV-0535-LRH (RAM), which were dismissed. Therefore,

---

[1] Plaintiff has filed an appeal to the Ninth Circuit Court of Appeals.

**IT IS ORDERED** that plaintiff's motion for reconsideration of court's denial of plaintiff's motion for appointment of counsel (#27) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
        Deputy Clerk