UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JEREMY CROZIER,

      Plaintiff,

  v.

CORTEZ MASTO, et al.,

      Defendants.

3:10-cv-00082-LRH-VPC

O R D E R

    Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#59[1]) entered on April 28, 2011, recommending that Defendants' Motion to Have Plaintiff Declared a Vexatious Litigant (#32) be granted, and denying several motions filed by Plaintiff. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#63) on May 11, 2011, and Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#66) on May 23, 2011. Then on June 2, 2011, Plaintiff filed a Reply to Defendants' Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation. (#72). This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

    The Court has conducted its *de novo* review in this case, has fully considered the objections of

---

[1] Refers to court's docket number.

the Plaintiff, the opposition of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#59) entered on April 28, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#59) entered on April 28, 2011, is adopted and accepted, and Defendant's Motion to Have Plaintiff Declared a Vexatious Litigant (#32) is GRANTED as follows:

1. Plaintiff is enjoined from proceeding *in forma pauperis* in any future litigation without paying the full $350.00 filing fee in advance, unless he is under imminent danger of serious physical injury. However, Plaintiff may continue to proceed *in forma pauperis* in the instant case.

2. If Plaintiff wishes to properly file a motion or other document with the court concerning the instant case, he shall provide a copy of that document along with a letter requesting that document be accepted for filing. If the court does not grant permission to file the document, in writing, within thirty days of the date of the letter, permission will be deemed denied. Plaintiff is permitted to oppose motions brought by Defendants without seeking leave of the court. This recommendation is limited to this case.

IT IS FURTHER ORDERED that Plaintiff's motions (## 43, 48, 50, 52, 53, 56 and 57 are DENIED.

IT IS SO ORDERED.

DATED this 7rh day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2