## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY A. CROZIER, | ) | 3:10-CV-0082-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 22, 2011 |
| CORTEZ MASTO, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file confidential documents *in camera* and under seal (#90). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file confidential documents *in camera* and under seal (#90) is **GRANTED**. Exhibit C to defendants' opposition to plaintiff's eighth amendment motion for preliminary injunction/restraining order (#92) is filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
        Deputy Clerk