1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                 DISTRICT OF NEVADA

8                                       * * * * *

9    JEREMY CROZIER,                          )
                                              )
10                     Plaintiff,             )            3:10-cv-00082-LRH-VPC
                                              )
11   v.                                       )
                                              )            O R D E R
12   CORTEZ MASTO, et al.,                    )
                                              )
13                     Defendants.            )
     _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#132[1]) entered on November 9, 2011, recommending that  Plaintiff's Motion to Withdraw

17   Amended Complaint (#129) be granted and that Plaintiff's case be dismissed with prejudice. No

18   objection to the Report and Recommendation has been filed. This action was referred to the Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United

20   States District Court for the District of Nevada.

21          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22   memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B)

23   and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

24   (#132) entered on November 9, 2011, should be adopted and accepted.

25   _____

26          [1]Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

2  (#132) entered on November 9, 2011, is adopted and accepted, and Plaintiff's Motion to Withdraw

3  Amended Complaint (#129) is GRANTED.

4    IT IS FURTHER ORDERED that Plaintiff's case is DISMISSED WITH PREJUDICE.

5    IT IS SO ORDERED.

6    DATED this 27th day of December, 2011.

7

8

9    _____

        LARRY R. HICKS
10       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                        2